DAVID M. POITRAS P.C. (State Bar No. 141309)
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone: (310) 203-8080
Facsimile: (310) 203-0567
Email: dpoitras@jmbm.com

Attorneys for Moving Party,
Eagle Vista Equities, LLC

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

In re:

CAROLINE SKEEN

Debtor.

Case Number: 6:15-bk-11856-MH

Chapter 13

**NOTICE OF INTENT OF MOVING PARTY EAGLE VISTA EQUITIES, LLC TO PROCEED WITH *MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. SECTION 362 (WITH SUPPORTING DECLARATIONS) (REAL PROPERTY)* [Docket No. 9], NOTWITHSTANDING DISMISSAL OF BANKRUPTCY CASE**

**Hearing:**

Date:  March 31, 2015
Time:  10:00 a.m.
CRTM:  303
Place:  3420 Twelfth Street
        Riverside, CA 92501

**TO THE HONORABLE MARK D. HOULE, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, THE CHAPTER 13 TRUSTEE, AND INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Moving Party Eagle Vista Equities, LLC intends to proceed with its *Notice of Motion and Motion for Relief from the Automatic Stay Under 11 U.S.C. Section 362 (With Supporting Declarations)(Real Property)* (the "Motion")[Docket No. 9], notwithstanding

dismissal of this bankruptcy case. As set forth in the Motion, the relief requested includes annulment of the automatic stay so that the filing of the bankruptcy petition herein does not affect any postpetition acts, which acts were taken without knowledge of the bankruptcy filing, and Movant and/or its predecessor would have been entitled to relief from stay to proceed with these actions. The relief is also necessary for title issues to make it clear that the stay does not apply to the foreclosure sale or annulment of the sale.

**PLEASE TAKE FURTHER NOTICE** that if you oppose this request, you must appear at the hearing on the Motion at the date, time and place set forth above.

**PLEASE TAKE FURTHER NOTICE** that if you fail to file a written response to the Motion, or fail to appear at the hearing on the Motion, the Court may treat such failure as a waiver of your right to oppose the Motion and the request set forth herein, and the Court may grant the requested relief.

Accordingly, Movant prays for an order annulling the automatic stay as requested in the Motion, and granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

Date: March 20, 2015         JEFFER MANGELS BUTLER & MITCHELL LLP


By: _/s/ David M. Poitras_
DAVID M. POITRAS
Attorneys for Moving Party,
Eagle Vista Equities, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1900 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF INTENT OF MOVING PARTY EAGLE VISTA EQUITIES, LLC TO PROCEED WITH *MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. SECTION 362 (WITH SUPPORTING DECLARATIONS) (REAL PROPERTY)* [Docket No. 9], NOTWITHSTANDING DISMISSAL OF BANKRUPTCY CASE;** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 20, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Rod (MH) Danielson (TR) notice-efile@rodan13.com
- David M Poitras dpoitras@jmbm.com, bt@jmbm.com;vr@jmbm.com;dmp@ecf.inforuptcy.com
- United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) March 20, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Caroline Skeen
2403 Milano Terrace
Chino Hills, CA 91710

Jerry Cruz
1459 Laramie Avenue
Redlands, CA 92374

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 20, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

VIA OVERNIGHT MAIL
Honorable Mark D. Houle
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 365
Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 20, 2015 | Billie Terry | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**