United States Bankruptcy Court
Central District of California

In re:                                                                          Case No. 15-11856-MH
Caroline Skeen                                                                  Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-6    User: rsandoval    Page 1 of 1    Date Rcvd: Mar 19, 2015
                     Form ID: odspb    Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2015.
db          +Caroline Skeen,    2403 Milano Terrace,    Chino Hills, CA 91709-6647
intp        +Eagle Vista Equities, LLC,   c/o Jeffer Mangels Butler & Mitchell LLP,   David M. Poitras P.C.,
              1900 Avenue of the Stars,    7th Floor,    Los Angeles, CA 90067-4308
36058914    +Wells Fargo Bank Vevad,    PO BOX 3117,    Winston, Salem, NC 27102-3117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           EDI: EDD.COM Mar 20 2015 02:03:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
              P.O. Box 826880,    Sacramento, CA  94280-0001
smg           EDI: CALTAX.COM Mar 20 2015 01:58:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
              P.O. Box 2952,    Sacramento, CA  95812-2952
                                                                                                TOTAL: 2

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
36058913*    +Caroline Skeen,    2403 Milano Terrace,    Chino Hills, CA 91709-6647
                                                                                       TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2015                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2015 at the address(es) listed below:
           David M Poitras    on behalf of Interested Party    Eagle Vista Equities, LLC dpoitras@jmbm.com,
           bt@jmbm.com;vr@jmbm.com;dmp@ecf.inforuptcy.com
           Rod (MH)  Danielson (TR)    notice-efile@rodan13.com
           United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
                                                                                    TOTAL: 3

Form odspb−odspab VAN−21)
Rev. 06/2014

**United States Bankruptcy Court**
**Central District Of California**

3420 Twelfth Street, Riverside, CA 92501−3819

# ORDER AND NOTICE OF DISMISSAL FOR
# FAILURE TO FILE SCHEDULES, STATEMENTS AND/OR PLAN

**DEBTOR INFORMATION:**
Caroline Skeen

**BANKRUPTCY NO.** 6:15−bk−11856−MH

**CHAPTER** 13

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−2871
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 3/19/15

**Address:**
2403 Milano Terrace
Chino Hills, CA 91710

It appearing that the debtor(s) in the above−captioned case has failed to file all the documents required under FRBP 1007 or 3015(b) within 14 days after the filing of the petition and no motion for an order extending the time to file the required documents has been timely filed in accordance with FRBP 1007(a)(5) or 3015(b),

IT IS HEREBY ORDERED THAT:

1) The case is dismissed.

2) The automatic stay is vacated.

3) Any discharge entered in this case is vacated.

4) The Court retains jurisdiction on all issues arising under Bankruptcy Code § 110, 329 and 362.

Dated: March 19, 2015

By the Court,
**Kathleen J. Campbell**
Clerk of Court

(Form odspb−odspab VAN−21) Rev. 06/2014

**11 / TRS**